# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAREE DEVONA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00229-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 19) |

Lasharee Devona Williams ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.)

On April 28, 2022, the parties filed a stipulation agreeing to a voluntary remand of this matter "under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g)." (ECF No. 19.) Pursuant to the terms of the stipulation, the Office of Hearing Operations will remand the case to an administrative law judge ("ALJ") for a new decision and instruct the ALJ to re-evaluate the medical and opinion evidence of record. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. The Court finds good cause exists

to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Lasharee Devona Williams and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE